**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

LOUIS A. PERRETTA, JR.; FRANK
PERRETTA,
          *Plaintiffs-Appellants,*

v.

PROMETHEUS DEVELOPMENT
COMPANY, INC.; SANFORD N.
DILLER; JOHN J. MURPHY; VICKI R.
MULLINS,
          *Defendants-Appellees.*

No. 06-15526

D.C. No.
CV-05-02987-WHA
Northern District of
California,
San Francisco

ORDER

Filed May 23, 2008

Before: David R. Thompson and Milan D. Smith, Jr.,
Circuit Judges, and William Q. Hayes,* District Judge.

---

**ORDER**

The Defendants-Appellees' motion to file a reply is
GRANTED.

The Defendants-Appellees' Petition for Panel Rehearing is
GRANTED. The opinion dated March 27, 2008, is with-
drawn.

The court requests supplemental briefing by the parties
regarding the applicability of the ratification provision of Cal.
Corp. Code § 16103(b)(3) to the issue of whether the vote in
this case was sufficient to ratify the transaction. The simulta-

---

*The Honorable William Q. Hayes, United States District Judge for the
Southern District of California, sitting by designation.

6091

neous briefs may not exceed twenty (20) pages, and shall be due no later than June 13, 2008.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.